IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00101-PAB-1
Civil Action No. 12-cv-01567-PAB

UNITED STATES OF AMERICA,

v.

IGNACIO SANTIAGO-OROPEZA,

    Defendant.

---

# JUDGMENT

---

Pursuant to and in accordance with the Order entered by the Honorable Philip A. Brimmer, U.S. District Judge, on January 7, 2013, the following Judgment is hereby entered:

It is ORDERED as follows:

That claims one, two, and three of Ignacio Santiago-Oropeza's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody [Docket No. 42] are dismissed and his motion under 28 U.S.C. § 2255 is denied. It is further

ORDERED that Civil Action No. 12-cv-01567-PAB is dismissed. It is further

ORDERED that there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

Dated at Denver, Colorado this ___9th___ day of January, 2013.

                                              FOR THE COURT:

                                              JEFFREY P. COLWELL, CLERK

                                              By: _s/ Edward P. Butler_____
                                                  Edward P. Butler, Deputy Clerk